**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRAIG JAMES WILLIAMS, III, | Case No.: 2:26-cv-00152-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 4] |
| REYNOLDS COMPANY RJ SMOKE SHOP, | |
| Defendant | |

On January 26, 2026, Magistrate Judge Koppe recommended that I dismiss plaintiff Craig Williams, III's complaint with prejudice as frivolous and delusional. ECF No. 4.  Williams did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 4) is accepted and plaintiff Craig Williams, III's complaint (ECF No. 1-1) is dismissed with prejudice.  The clerk of court is instructed to close this case.

DATED this 13th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE